SCOTT J. SAGARIA (BAR # 217981)
ELLIOT GALE (BAR # 263326)
SAGARIA LAW, P.C.
2033 Gateway Place, Floor 5
San Jose, CA 95110
408-279-2288 ph
408-279-2299 fax

Attorney for Debtors

**IT IS SO ORDERED.**
**Signed January 27, 2015**

*Arthur S. Weissbrodt*

**Arthur S. Weissbrodt**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – DIVISION 5

In Re:

**GRAYELIN LEE YOUNG, SR. and
ANITA LOUISE YOUNG**,

Debtor.

Case No.: 14-54240-ASW

Chapter 13

**ORDER RE: MOTION TO VALUE AND
AVOID LIEN**

Related Docket Entry #: 20

Judge:     Hon. Arthur S. Weissbrodt

On January 2, 2015, Debtors filed a motion to value second lien of Real Time Resolutions (hereinafter "Lienholder") against the property commonly known as 18 Inez Street, Watsonville, California 95076 filed on the docket as part of docket number 20, and recorded in the county of Santa Cruz, California as document number 2005-0061143 (hereinafter "the Lien").

The Court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtors' motion, the Court hereby orders as follows:

1.     For purposes of Debtors' Chapter 13 plan only, the Lien is valued at zero, Real Time Resolutions does not have a secured claim, and the Lien may not be enforced pursuant to 11 U.S.C. §§506, 1322(b)(2), and 1327.

2.      This order shall become part of Debtors' confirmed Chapter 13 plan.

3.      Upon entry of discharge or completion of plan payments in Debtors' Chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtors, the Court will enter an appropriate form of judgment voiding the Lien.

4.      If Debtors' Chapter 13 case is dismissed or converted to one under another chapter before Debtors obtain a discharge or completes plan payments, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the lienholder, the Court will enter an appropriate form of order restoring the Lien.

5.      Except as provided by separate, subsequent order of this Court, the Lien may not be enforced so long as this order remains in effect.

**** END OF ORDER ****

COURT SERVICE LIST